UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EDDIE SHIPMAN,**

      Plaintiff,

vs.                               Case No.:

**UNITED STATES OF AMERICA,**

      Defendant.

_____

## COMPLAINT

The Plaintiff, EDDIE SHIPMAN, an individual, sues the Defendant, UNITED STATES OF AMERICA ("United States"), and alleges:

1.      This is a civil action for damages brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b) & 28 U.S.C. §§ 2671-80, based on a personal injury claim that accrued against the Defendant, United States, on October 24, 2018, at the intersection of 32nd Street West and Wilson Street in Jacksonville, Florida, in the Middle District of Florida.

2.      At all times material hereto, the Plaintiff was a resident of Jacksonville, Florida, in the Middle District of Florida.

3.      Pursuant to 28 U.S.C. § 2675(a), the Plaintiff presented his claim against the Defendant, United States, on or about July 24, 2019.

4.      On August 7, 2019, the United States Postal Service, via regular mail, gave notice of receipt of Plaintiff's administrative claim.

5.      On our about, February 24, 2020, Plaintiff produced a demand, via mail, to the United States Postal Service.

6.    More than six (6) months has elapsed since Plaintiff presented administrative claim.

7.    At all times material hereto, the United States Post Office was a department or agency of the United States government.  The Defendant, United States, through it United States Post Office employed a driver named Malcolm Arrington Kirce who negligently caused her Postal truck to slam into the Plaintiff's vehicle while he was in the course and scope of his employment for the United State Postal Service.

8.    The aforesaid accident occurred as a direct and proximate result of the negligence of the aforesaid driver, an employee of the United States Postal Service, acting within the course and scope of her employment at the time of the accident.

7.    As a direct and proximate result of the Defendant's failure to exercise reasonable care as set forth above, Plaintiff suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, and aggravation of previously existing conditions.  The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, EDDIE SHIPMAN, demands judgment for damages, interest and costs against the Defendant, United States of America.

FARAH & FARAH, P.A.

Savannah Cooley, Esquire
Florida Bar No. 112197
10 West Adams Street
Jacksonville, Florida 32202
(904) 730-1798 (T/F)
Attorney for Plaintiff

[12769802/1]