UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EDDIE SHIPMAN,**

    **Plaintiff,**

v.                                                    Case No.: 3:20-cv-877-J-39JRK

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____ /

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Dismissal With Prejudice (Doc. No. 7; Notice) filed on September 11, 2020. In the Notice, Plaintiff voluntarily dismisses this action. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE** and **ORDERED** in Jacksonville, Florida this 15th day of September, 2020.

_____
BRIAN J. DAVIS
United States District Judge

**Copies furnished to:**

Counsel of Record

*ap*